IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF FLORIDA JACKSONVILLE DIVISION



FILED
2018 FEB 16 PH 2: 57
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA
*ex rel.* PAULA C. LORONA,

    Plaintiff,

vs.

INFILAW CORPORATION, a Delaware
Corporation; ARIZONA SUMMIT LAW
SCHOOL, LLC, a Delaware Limited
Liability Company; FLORIDA COASTAL
SCHOOL OF LAW, a Florida Corporation;
CHARLOTTE SCHOOL OF LAW, a
Delaware Limited Liability Company,

    Defendants.
_____/

Case No. 3:15-cv-959-J-34JRK

FILED UNDER SEAL PURSUANT
TO 31 U.S.C. § 3730(b)

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States respectfully requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all pleadings filed in this action be served upon the United States, and that any Orders, Notices, and other papers issued by the Court be sent to Government's counsel as well. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court *ex parte* for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice for the Court's consideration and review.

Dated: February 16, 2018           Respectfully submitted,

                                   MARIA CHAPA LOPEZ
                                   United States Attorney

                              By:  _____
                                   JEREMY R. BLOOR
                                   Assistant U.S. Attorney
                                   Florida Bar No. 0071497
                                   Office of the United States Attorney
                                   Middle District of Florida
                                   400 West Washington St., Suite 3100
                                   Orlando, FL 32801
                                   Tele. (407) 648-7500
                                   Fax (407) 648-7588
                                   Jeremy.Bloor@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, true and correct copies of the foregoing United States' Notice of Election to Decline Intervention was served by first-class mail, postage pre-paid, on the following counsel of record:

| | |
|---|---|
| Jesse L. Hoyer, Esq. | Sean A. Woods, Esq. |
| James Hoyer, P.A. | Robert T. Mills, Esq. |
| 2801 West Busch Blvd. | MILLS & WOODS LAW, PLLC |
| Suite 200 | 5055 North 12th Street, Suite 101 |
| Tampa, FL 33618 | Phoenix, AZ 85014 |

/s/ Jeremy R. Bloor
Jeremy R. Bloor
Assistant United States Attorney

3