UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

   *Ex. Rel.* Paula C. Lorona and
Reid Potter,

           Plaintiff,

vs.                                    Case No. 3:15-cv-959-J-34JRK

INFILAW CORPORATION, a Delaware
Corporation; ARIZONA SUMMIT LAW
SCHOOL, LLC, a Delaware limited liability
company; FLORIDA COASTAL SCHOOL
OF LAW, a Florida corporation;
CHARLOTTE SCHOOL OF LAW, a
Delaware limited liability company; and
BARBRI INC.,

           Defendants.
_____/

## IN CAMERA ORDER

    This cause is before the Court on the United States' Notice of Election to Decline Intervention (Doc. No. S-30; "Notice"), filed February 16, 2018. In the Notice, the United States requests that the Complaint of Qui Tam Plaintiff Paula C. Lorona Filed Under Seal Pursuant to 31 U.S.C. §§ 3729 et seq. (Doc. No. S-1), filed August 5, 2015; the First Amended Complaint of Qui Tam Plaintiff Paula L. Lorona (Doc. No. S-8), filed August 31, 2015; the Second Amended Complaint of Qui Tam Plaintiff Paula L. Lorona and Reid Potter (Doc. No. S-14), filed March 10, 2016; the Notice, and this Order be unsealed and that "all other papers on file in this action remain under seal . . . ." Notice at 2.[1] The United States also requests that "pursuant to 31 U.S.C. § 3730(c)(3), . . . all pleadings filed in this action

---

[1] Although the Notice requests that "[R]elator[s'] complaint" be unsealed, Notice at 2, the Court has confirmed the United States requests that the complaint as well as any other subsequent amended complaints be unsealed.

be served upon the United States, and that any Orders, Notices, and other papers issued by the Court be sent to [the United States] as well." Id. On February 22, 2018, the Court entered an order directing Relators to advise the Court, no later than March 1, 2018, whether they oppose the unsealing of the case. See In Camera Order (Doc. No. S-31) at 2. On April 16, 2018, Relators filed a Notice of No Objection to Unsealing of the Case (Doc. No. S-32).

Upon review, it is

**ORDERED:**

1. The Clerk shall **UNSEAL** the Complaint of Qui Tam Plaintiff Paula C. Lorona Filed Under Seal Pursuant to 31 U.S.C. §§ 3729 et seq. (Doc. No. S-1), the First Amended Complaint of Qui Tam Plaintiff Paula L. Lorona (Doc. No. S-8), the Second Amended Complaint of Qui Tam Plaintiff Paula L. Lorona and Reid Potter (Doc. No. S-14), the United States' Notice of Election to Decline Intervention (Doc. No. S-30), and this Order. **All other filings in this action shall remain sealed.**

2. The parties shall serve the United States with all pleadings filed in this action. See 31 U.S.C. § 3730(c)(3). The Clerk of Court shall serve the United States with all orders, notices, and papers entered by the Court in this action.

**DONE AND ORDERED** at Jacksonville, Florida on April 20, 2018.

JAMES R. KLINDT
United States Magistrate Judge

bhc
Copies to:
Counsel of record

-2-