AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
для the
Middle District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PAULA C. LORONA, and REID POTTER,<br><br>*Plaintiff(s)*<br><br>v.<br><br>INFILAW CORPORATION, ARIZONA SUMMIT LAW SCHOOL, LLC, FLORIDA COASTAL SCHOOL OF LAW, and BARBRI, INC.,<br><br>*Defendant(s)* | Civil Action No. 3:15-cv-959-J-34JRK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BARBRI, Inc.
Attn: CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCO
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 10, 2018

_____
Signature of Clerk or Deputy Clerk