# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
*ex rel.* PAULA C. LORONA and REID POTTER,

    Plaintiffs-Relators,

v.

INFILAW CORPORATION, a Delaware Corporation, *et al.*,

    Defendants.

_____ /

Case No. 3:15-cv-959-J-34JRK

## STATUS REPORT

Pursuant to this Court's August 3, 2018 Order, (Doc. 38), Relators Paula C. Lorona and Reid Potter, by and through undersigned counsel, hereby submit their Status Report regarding this matter.

Counsel for Defendants Infilaw Corporation, Arizona Summit Law School, Florida Coastal School of Law, and Charlotte School of Law (the "Infilaw Defendants") has agreed to waive service, and waivers of service were subsequently sent to the Infilaw Defendants' counsel, David Mills of Cooley LLP. On August 10, 2018, a summons was issued for Barbri, Inc. ("Barbri"). (Doc. 39). Barbri was served on August 16, 2018.

**RESPECTFULLY SUBMITTED** this 17th day of August 2018.

1

*/s/ Robert T. Mills*
Sean A. Woods*
Arizona Bar No. 028930
swoods@millsandwoods.com
Robert T. Mills*
Arizona Bar No. 018853
rmills@millsandwoods.com
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone (480) 999-4556
Facsimile (480) 999-4750
*\*Admitted Pro Hac Vice / Attorneys for
Relators Paula C. Lorona and Reid Potter*

-and-

*/s/ Jesse L. Hoyer (with permission)*
Jesse L. Hoyer
FL Bar No.: 076934
jlhoyer@jameshoyer.com
James Hoyer, P.A.
2801 W. Busch Blvd., Suite 200
Tampa, FL 33618
Telephone (813) 375-3700
Facsimile (813) 375-3710

*Attorneys for Relator Paula C. Lorona only.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of August 2018, a copy of the foregoing was e-filed with the Clerk, U.S. District Court.

                                         */s/ Jordan C. Wolff*
                                         Jordan C. Wolff