UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
*ex rel.* PAULA C. LORONA, and
REID POTTER,

    Plaintiff,

v.

INFILAW CORPORATION, ARIZONA
SUMMIT LAW SCHOOL, LLC, FLORIDA
COASTAL SCHOOL OF LAW,
CHARLOTTE SCHOOL OF LAW, and
BARBRI, INC.,

    Defendants.
_____/

Case No. 3:15-cv-959-J-34JRK

## UNOPPOSED MOTION OF DEFENDANT BARBRI, INC.
## FOR 15 DAY ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant BARBRI, Inc. ("BARBRI"), by and through its undersigned counsel, hereby moves for a fifteen (15) day enlargement of time to answer, move, or otherwise respond to the Third Amended Complaint and as grounds therefore, BARBRI states:

1.    On or about August 16, 2018, BARBRI was served with the summons and a copy of the Third Amended Complaint in this action. BARBRI was not served with any prior version of this Complaint. BARBRI's response to the Third Amended Complaint is due on September 6, 2018.

2.    Lead counsel for BARBRI, who will be seeking pro hac vice admission, was only recently retained, and the undersigned local counsel was not retained until this week. As such, Defendant requests a brief enlargement of time in order to provide its counsel with the

opportunity to familiarize themselves with the issues alleged and prepare an adequate response.

3.     The Court has the authority to extend the time for BARBRI to answer, move, or otherwise respond to the Third Amended Complaint for good cause shown.  *See* FED. R. CIV. P 6(b)(1)(A).  This Motion is not being made for the purposes of delay, and no parties will be prejudiced by the brief extension requested.

4.     Wherefore, Defendant respectfully requests an order extending the deadline for Defendant to answer, move or otherwise respond to the Third Amended Complaint up to and including September 21, 2018 and granting any other relief it deems just and proper.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), undersigned counsel for BARBRI hereby certifies that counsel for BARBRI, who will be moving herein for admission *pro hac vice*, conferred with Plaintiff's counsel regarding the relief requested in this motion, and Plaintiff does not oppose the relief requested herein.

Dated: September 5, 2018                    Respectfully submitted:

**GUNSTER, YOAKLEY & STEWART, P.A.**

By     /s/ *Lauren V. Purdy*
         David M. Wells
         Florida Bar Number 0309291
         Lauren V. Purdy
         Florida Bar Number 93943
         225 Water Street, Suite 1750
         Jacksonville, FL 32202
         (904) 354-1980 phone
         (904) 354-2170 facsimile
         Primary email:  dwells@gunster.com
         Primary email:  lpurdy@gunster.com
         Secondary email:  dculmer@gunster.com
         Secondary email:  aarmstrong@gunster.com
         *Attorneys for Defendant BarBri, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Phone: (480) 999-4556
Fax: (480) 999-4750
Email: docket@millsandwoods.com

-and-

Jesse L. Hoyer
JAMES HOYER, P.A.
2801 West Busch Boulevard
Suite 200
Tampa, Florida 33618
Phone: (813) 375-3700
Fax: (813) 375-3710
Email: jlhoyer@jameshoyer.com

Jeremy R. Bloor
US ATTORNEY'S OFFICE
400 W. Washington Street
Suite 3100
Orlando, Florida 32801
Email: Jeremy.Bloor@usdoj.gov

*Attorney for United States of America*

*Attorneys for Relator Paula C. Lorona and Reid Potter*

                                                                    /s/ *Lauren V. Purdy*
                                                                       Lauren V. Purdy