United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA EX REL.
PAULA C. LORONA AND REID POTTER,**

    *Plaintiffs,*

v.                                                NO. 3:15-cv-959-J-34PDB

**INFILAW CORPORATION ETC.,**

    *Defendants.*

---

## Order Granting Special Admission

Lauren Purdy, Esquire, has filed unopposed motions under Local Rule 2.02 asking the Court to allow Sherry Mastrostefano Gray, Esquire, and Sean Beller, Esquire, to specially appear to represent Barbri, Inc., in this case, with Ms. Purdy serving as local counsel. Docs. 45, 46. Based on the information with the requests and payment of the required fee, the Court grants the motions, Doc. 45, 46; permits Ms. Mastrostefano Gray and Mr. Beller to specially appear to represent Barbri, Inc., in this case, with Ms. Purdy serving as local counsel; and directs Ms. Mastrostefano Gray and Mr. Beller to expeditiously register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form.

**Ordered** in Jacksonville, Florida, on October 4, 2018.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:	Counsel of Record