**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA
*ex rel.* PAULA C. LORONA and REID
POTTER,

      Plaintiffs-Relators,

                                  Case No. 3:15-cv-959-J-34JRK

v.

INFILAW CORPORATION, a Delaware
Corporation, *et al.*,

      Defendants.

_____/

**UNOPPOSED MOTION FOR A 14 DAY EXTENSION OF TIME TO RESPOND TO INFILAW CORPORATION, ARIZONA SUMMIT LAW SCHOOL, LLC, FLORIDA COASTAL SCHOOL OF LAW, AND CHARLOTTE SCHOOL OF LAW, LLC'S MOTION TO DISMISS**

      Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs-Relators United States of America *ex. rel.* Paula C. Lorona and Reid Potter ("Relators"), by and through undersigned counsel, hereby moves for fourteen (14) day (two weeks) extension of time to respond to Infilaw Corporation, Arizona Summit Law School, LLC, Florida Coastal School of Law, and Charlotte School of Law, LLC's (collectively "Infilaw Defendants") Motion to Dismiss, and as grounds therefore, Relators state:

1. On October 22, 2018, Infilaw Defendants filed their Motion to Dismiss & Memorandum of Law. (Doc. 56).

2. On November 6, 2018, the Court granted the Relators' Unopposed Motion for a 28-Day Extension of Time to Respond to Infilaw Corporation, Arizona Summit Law School, LLC, Florida Coastal School of Law, and Charlotte School of Law, LLC's Motion to Dismiss and Leave to File Response to Motion to Dismiss in Excess of 20

1

Pages. (Doc. 62). The Court ruled that the Relators shall have up to and including December 3, 2018, to file a response to [56] Defendants' Motion to Dismiss, not exceed thirty-three (33) pages in length. *Id.*

3. Counsel for Relators conferred with counsel for Infilaw Defendants, and Infilaw Defendants have consented to allowing Relators to have until December 17, 2018 to file a Response to Infilaw Defendants' Motion to Dismiss.

4. The Court has the authority to extend the time for Relators to respond to the Motion to Dismiss. *See* Fed. R. Civ. P. 6(b)(1)(A). This Motion is not being made for the purpose of delay, and no parties will be prejudiced by the brief extension requested.

5. Wherefore, Relators respectfully request an order (1) extending the deadline for Relators to respond to Infilaw Defendants' Motion to Dismiss up to and including December 17, 2018, and (2) granting any other relief it deems just and proper.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel for Relators hereby certifies that counsel for Relators conferred with Infilaw Defendants' counsel regarding the relief requested in this Motion, and the Infilaw Defendants do not oppose the relief requested herein.

//

//

//

//

**RESPECTFULLY SUBMITTED** this 3rd day of December 2018.

/s/ Sean A. Woods
Sean A. Woods*
Arizona Bar No. 028930
docket@millsandwoods.com
Robert T. Mills*
Arizona Bar No. 018853
docket@millsandwoods.com
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone (480) 999-4556
Facsimile (480) 999-4750
*Admitted Pro Hac Vice / Attorneys for
Relators Paula C. Lorona and Reid Potter*

-and-
/s/ Jesse L. Hoyer
Jesse L. Hoyer
FL Bar No.: 076934
jlhoyer@jameshoyer.com
James Hoyer, P.A.
2801 W. Busch Blvd., Suite 200
Tampa, FL 33618
Telephone (813) 375-3700
Facsimile (813) 375-3710

*Attorneys for Relator Paula C. Lorona only.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeremy R. Bloor
**US ATTORNEY'S OFFICE**
400 W. Washington Street
Suite 3100
Orlando, Florida 32801
Email: Jeremy.Bloor@usdoj.gov
*Attorney for United States of America*

-and-

Vincent A. Citro, Esq.
Florida Bar. No. 0468657
**LAW OFFICES OF HORWITZ &**
**CITRO, P.A.**
17 East Pine Street
Orlando, Florida 32801
(407) 843-7733 phone
(407) 849-1321 facsimile
Email: vince@horwitzcitrolaw.com

David E. Mills, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue
Washington, D.C. 20004
(202) 842-7800 phone
(202) 842-7899 facsimile
Email: dmills@cooley.com
*Trial Counsel*

Mazda K. Antia, Esq.
**COOLEY LLP**
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6000
(858) 550-6420
Email: mantia@cooley.com

*Attorneys for Defendants InfiLaw Corporation,*
*Arizona Summit Law School, LLC, Florida*
*Coast School of Law, and Charlotte School*
*Of Law, LLC.*

-and-

David M. Wells
Florida Bar Number 0309291
Lauren V. Purdy
Florida Bar number 93943
**GUNSTER, YOAKLEY & STEWART, P.A.**
225 Water Street, Suite 1750
Jacksonville, FL 32202
(904) 354-1980 phone
(904) 354-2170 facsimile
Primary email: dwells@gunster.com
Primary email: lpurdy@gunster.com
Secondary email: dculmer@gunster.com
Secondary email: aarmstrong@gunster.com
*Attorneys for Defendant BarBri, Inc.*

/s/ *Sean A. Woods*